# THE PEOPLE OF THE TERRITORY OF UTAH, APPELLANT, *v.* JOHN W. PARMAN, RESPONDENT.

The same question as in the case of *People* v. *Fairbanks, supra,* and this cause is decided in accordance with that opinion.

APPEAL from a judgment sustaining a demurrer to an indictment of the district court of the first district. The opinion states the facts.

*Mr. Charles S. Varian,* U. S. Attorney, for the appellant.

*Messrs. Saxey and Whitecotton,* for the respondent.

HENDERSON, J.:

The question presented by this record is the same as that presented by the record in the case of *People* v. *Fairbanks, ante,* in which an opinion has just been handed down; and for the reasons therein stated the order appealed from is affirmed.

ZANE, C. J., and ANDERSON, J., concurred.